UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Douglas A. Bankes,
                           Debtor.

Case No.: 19-29910
Chapter: 7
Judge: JNP

## NOTICE OF PROPOSED ABANDONMENT

___DOUGLAS S. STANGER___, ___Trustee___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: |
|---|
| Clerk, U.S. Bankruptcy Court<br>401 Market Street<br>Camden, NJ 08102 |

If an objection is filed, a hearing will be held before the Honorable ___Jerrold N. Poslusny, Jr.___ on ___February 11, 2020___ at ___10:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ___4C___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 425-A Peltoma Road, Haddonfield, NJ 08033<br>$500,000.00 |
|---|---|

| Liens on property: | $99,128.00 - Citizen's Bank<br>$18,973.00 - Midland Mortgage<br>$318,020.00 - Nationstar/Mr. Cooper |
|---|---|

| Amount of equity claimed as exempt: -0- |
|---|

Objections must be served on, and requests for additional information directed to:

Name: Douglas S. Stanger
Address: 646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221
Telephone No.: (609) 645-1881

rev.8/1/15

```
                               United States Bankruptcy Court
                                     District of New Jersey
In re:                                                                         Case No. 19-29910-JNP
Douglas A. Bankes                                                              Chapter 7
        Debtor                        CERTIFICATE OF NOTICE
District/off: 0312-1            User: admin                 Page 1 of 2                    Date Rcvd: Jan 13, 2020
                                Form ID: pdf905             Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2020.
db             +Douglas A. Bankes,    425-A Peltoma Road,    Haddonfield, NJ 08033-3951
518523891      +Advance Service Group,    1430 Broadway No. 402,    New York, NY 10018-3371
518523893      +Benjamin D. Schwartz,    Schwartz & Stafford, P.A.,    8625 Crown Crescent Court, Suite 110,
                 Charlotte, NC 28227-6794
518523894      +Best Buy/Cbna,    P.O. Box 6189,    Sioux Falls, SD 57117-6189
518523897      +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
518523902      +Delaney's Auto Sales,    108 Broadway,    Westville, NJ 08093-1120
518523903      +In Advance,    1450 Broadway Suite 802,    New York, NY 10018-2282
518523904      +J. Fine Law Group, P.C.,     1628 John F. Kennedy Blvd Suite 2120,    Philadelphia, PA 19103-2105
518523905      +James E. Franklin, II, Esquire,     Youngblood Franklin Sampoli & Coombs,
                 1201 New Road Suite 230,    Linwood, NJ 08221-1154
518523906      +Jefferson University Physicians,     P.O. Box 48023,    Newark, NJ 07101-4823
518523907      +John Hartley, Esquire,    20 N. 3rd Street,    Philadelphia, PA 19106-2118
518523908      +Jonathan L. Bender,    Bender Commercial Collection Law,    385 Kings Highway North,
                 Cherry Hill, NJ 08034-1013
518523909      +Jpmcb Card,    Po Box 15369,    Wilmington, DE 19850-5369
518523910      +Kay Jewelers/genesis,    Po Box 4485,    Beaverton, OR 97076-4485
518523911       Midland Mortgage,    P.O. Box 268806,    Oklahoma City, OK 73126-8806
518523912      +Nationstar/mr Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
518523914      +New City Funding Corp,    146 South Liberty Dr. Unit 11B,    P.O. Box 121,
                 Stony Point, NY 10980-0121
518523915      +NextGear Capital,    1320 City Center Drive, Suitr 100A,    Carmel, IN 46032-3815
518523916      +RDM Capital Funding LLC,     777 Passaic Ave, Suite 375,    Clifton, NJ 07012-1804
518523917      +Ryan Bogos,    1116 Seagull Ln,    Cherry Hill, NJ 08003-3113
518523918      +Samuel Rappaport Family Partnership,     3350 Centre Square East,    1500 Market Street,
                 Philadelphia, PA 19102-2100
518523920      +Sirin Lesser & Benson,    102 Browning Lane Building C,    Cherry Hill, NJ 08003-3195
518523923      +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
518523924      +Thrift Investment Corporation,     720 King Georges Post Road,    Fords, NJ 08863-1985
518523926      +Westlake Flooring Services,    4751 Wilshire Blvd., Ste 100,    Los Angeles, CA 90010-3847

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 13 2020 23:54:05      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 13 2020 23:54:03      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518523892      +E-mail/Text: bankruptcy@acacceptance.com Jan 13 2020 23:54:02      American Credit Acceptance,
                 961 East Main Street,    Spartanburg, SC 29302-2185
518523895      +E-mail/Text: DDBankruptcy@parfunding.com Jan 13 2020 23:52:49      Brian H. Smith, Esquire,
                 20 N. 3rd Street,    Philadelphia, PA 19106-2118
518523898      +E-mail/Text: documentfiling@lciinc.com Jan 13 2020 23:52:48      Comcast,    P.O. Box 3006,
                 Southeastern, PA 19398-3006
518523899      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 13 2020 23:53:41      Comenitycb/bjsclub,
                 Po Box 182120,    Columbus, OH 43218-2120
518523900      +E-mail/Text: ddbankruptcy@parfunding.com Jan 13 2020 23:54:58
                 Complete Business Solutions Group,    141 N. Second Street,    Philadelphia, PA 19106-2009
518523901      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 13 2020 23:54:52
                 Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
518523913      +E-mail/Text: ext_ebn_inbox@navyfederal.org Jan 13 2020 23:54:58      Navy Federal Cr Union,
                 Po Box 3700,    Merrifield, VA 22119-3700
518523921      +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 00:00:03      Syncb/lowes,    Po Box 956005,
                 Orlando, FL 32896-0001
518526609      +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 00:01:22      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518523922       E-mail/Text: bankruptcy@td.com Jan 13 2020 23:54:08      Td Bank N.a.,    32 Chestnut Street,
                 Lewiston, ME 04240
518523896       E-mail/Text: Collections@bmtc.com Jan 13 2020 23:52:39      Bryn Mawr Trust,    801 Lancaster Ave,
                 Bryn Mawr, PA 19010
518523925      +E-mail/Text: bankruptcynotice@westlakefinancial.com Jan 13 2020 23:54:04
                 Westlake Financial Services,    4751 Wilshire Blvd #100,    Los Angeles, CA 90010-3847
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518523919      ##+Signal Auto Broker,    1211 Hartford Turnpike,    Vernon, CT 06066-4551
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-1           User: admin                Page 2 of 2               Date Rcvd: Jan 13, 2020
                               Form ID: pdf905            Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2020 at the address(es) listed below:
              Charles M. Izzo    on behalf of Debtor Douglas A. Bankes cminj2001@yahoo.com,
               izzocr79754@notify.bestcase.com
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
               dss@trustesolutions.net
              Douglas S. Stanger    doug.stanger@flastergreenberg.com,    nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
              Rebecca Ann Solarz    on behalf of Creditor    MidFirst Bank rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```