Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                         Case No.: 19–29910–JNP
                         Chapter:  7
                         Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Douglas A. Bankes
    fdba East Coast Auto Exchange
    425–A Peltoma Road
    Haddonfield, NJ 08033

Social Security No.:
    xxx–xx–3112

Employer's Tax I.D. No.:

**FINAL DECREE**

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Douglas S. Stanger is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 25, 2020</u>                 <u>Jerrold N. Poslusny Jr.</u>
                                                 Judge, United States Bankruptcy Court